**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-30525

RAJIV KHURANA,

Plaintiff-Appellant,

VERSUS

INNOVATIVE HEALTH CARE SYSTEMS, INC.; KARRY TEEL;
CARL HOLDEN; WILLIAM MALONE; I.H.S. RIVER REGION
HOSPITAL OF VACHERIE, LA., INC.,

Defendants-Appellees.

Appeals from the United States District Court
for the Eastern District of Louisiana

January 11, 1999

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before WIENER, PARKER, Circuit Judges, and LITTLE,[*] Chief District Judge.

PER CURIAM:

In accordance with the Order of the Supreme Court of the United States, this case is dismissed as moot. *See Teel v. Khurana*, 119 S. Ct. 442 (1998).

DISMISSED AS MOOT.

---

[*]    Chief Judge of the Western District of Louisiana, sitting by designation.